IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. COLO 2034204-05-06

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lindsey Lacy,

Defendant.

*Court appoints Christine Deringer*

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance   **X** Arraignment   ___ Sentencing   ___ Status

___ Administrative Review   ___ Show Proof   ___ Other (_____)

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101   ___ 901 19th Street, Rm. A-105   ___ 1929 Stout St.
Colorado Springs, CO 80903         Denver, CO 80294                        Denver, CO 80294

Appearance date: 9/14/2011, at 10:00 am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 8/10/11   Name: Lindsey Lacy (Please Print)
Address: 6605 Mt Werner Cir.
Colo. Spgs CO 80906

Phone (719) 660-5496
Revised 3/17/09