IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. C010-203420405/06

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lindsey Lacy,

Defendant.

NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance  X Arraignment (cont)  ___Sentencing  ___Status

___Administrative Review  ___Show Proof  ___Other (_____)

The location, date and time set for the hearing is:

X 212 N. Wahsatch, Suite 101     ___901 19th Street, Rm. A-105     ___1929 Stout St.
  Colorado Springs, CO 80903        Denver, CO 80294                   Denver, CO 80294

Appearance date: 10/12/11 , at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 9/14/2011     Name: C. Dickinson
                     Address: 31 N. Tejon, Ste 304
                              CS, CO 80903

Phone: 550-9177

Revised 3/17/09