# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CITATION NUMBER: 12-MJ-7000- MEH |
| LINDSEY LACY | CHRISTINE DIERINGER |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(b) | DRIVING WHILE ABILITY IMPAIRED | 05/22/2011 | 1 |

Defendant sentenced to 6 months unsupervised probation; Level 1 ed; 24 hours community service; and a fine of $200 with $100 suspended/10/25 to be paid by 07/11/2012. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $10.00 | $100.00 | $25.00 |

01/25/2012
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

January 31, 2012
Date